IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KYLE GENE KUBIAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-720-D |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Kyle Gene Kubiak brought this action seeking judicial review of the Social Security Administration's final decision that he is not "disabled" under the Social Security Act. The matter was referred to United States Magistrate Suzanne Mitchell pursuant to 28 U.S.C. §§ 636(b)(1)(B), 636 (b)(3), and Fed. R. Civ. P. 72(b). On June 8, 2022, Judge Mitchell issued her Report and Recommendation [Doc. No. 22] recommending that the Commissioner's decision be affirmed.

In her Report and Recommendation, Judge Mitchell advised the parties that any objections were to be filed by June 22, 2022. Judge Mitchell also cautioned the parties that a failure to object would result in waiver of the right to appellate review of factual and legal findings made in the Report. Report at 28. To date, neither party has filed an objection or sought an extension of time to do so. Accordingly, the Report and Recommendation is **ADOPTED** in its entirety as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 29th day of June, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge